# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LIONEL VELEZ and VANESSA GUADALUPE,<br><br>                    Plaintiffs,<br><br>v.<br><br>PRIMEFLIGHT AVIATION SERVICES INC.,<br><br>                    Defendant. | Case No. 19-CV-1056-JPS<br><br>**ORDER** |

On February 19, 2020, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party, except as provided in their settlement agreement. (Docket #28). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #28) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 20th day of February, 2020.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge